made as a condition of the Defendant's sentence before he would be eligible for parole.

We wish to thank Terry Mailloux of the Montana Defender Project for assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Nineteenth Judicial District, County of Lincoln, STATE OF MONTANA, Plaintiff vs. VINCENT LEROY TUNISON, Defendant.

## DECISION

No. DC-86-7

The application of the above-named defendant for a review of the sentence of 7 years with a conditional DANGEROUS DESIGNATION for Attempted Incest imposed on May 5, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Terry Mailloux of the Montana Defender Project for assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.